IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DESIREE HERRERA,**

    **Plaintiff,**

v.                                                                                  No.  CIV 07-1128 LAM/ACT

**ALBUQUERQUE POLICE DEPARTMENT,**
**CITY OF ALBUQUERQUE,**
**OFFICER M.L. O'BRIEN, in her individual capacity and**
**JOHN DOES I through V, in their individual capacities,**

    **Defendants.**

**NOTICE OF COMPLETION OF BRIEFING ON PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF DEFENDANT M.L.
O'BRIEN INDIVIDUAL LIABILITY FOR PLAINTIFF'S TORT CLAIMS AND
SECTION 1983 CLAIMS, DOCUMENT NO. 48**

Plaintiff, by and through counsel of record, pursuant to D.N.M.LR-Civ. 7.3(b) notify the Court that briefing is complete on Plaintiff's motion for summary judgment on this issue of Defendant M.L. O'Brien individual liability for Plaintiff's tort claims and section 1983 claims, Document No. 48.

        Respectfully submitted,

        THE LAW OFFICES OF NANCY L. SIMMONS, PC

        *Electronically submitted*
        BY:    David Meilleur
                120 Girard SE
                Albuquerque, NM 87106
                505-232-2575
                Co-counsel for Plaintiff

I hereby certify that on the 9th day of September 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kathryn Levy        klevy@cabq.gov

*Electronically submitted*
David Meilleur