IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DESIREE HERRERA,**

      **Plaintiff,**

v.                                      No.  CIV 07-1128 LAM/ACT

**ALBUQUERQUE POLICE DEPARTMENT,**
**CITY OF ALBUQUERQUE,**
**OFFICER M.L. O'BRIEN, in her individual capacity and**
**JOHN DOES I through V, in their individual capacities,**

      **Defendants.**

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS CERTAIN CLAIMS

COMES NOW Plaintiff, by and through counsel, and moves this Court for an order dismissing the following claims with prejudice:

1. All of Plaintiff's § 1983 claims against the City of Albuquerque.

2. All Plaintiff's punitive damages claims against Officer O'Brien arising from claims under § 1983.

3. All claims against John Does I through V.

Defendants do not oppose this motion.

WHEREFORE, Plaintiff prays this Court for its order dismissing the above claims with prejudice.

                Respectfully submitted,

                THE LAW OFFICES OF NANCY L. SIMMONS, PC
                *Electronically submitted*
                BY:   David Meilleur
                        120 Girard SE
                        Albuquerque, NM 87106
                        505-232-2575
                        Attorneys for Plaintiff

I hereby certify that on the 4th day of December 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kathryn Levy             klevy@cabq.gov

Erika E Anderson         erika@roblesrael.com


*Electronically submitted*
David Meilleur